# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) Cause No.: 4:21 MJ 8235 SRW |
| **v.** | ) |
| | ) |
| | ) |
| **JOSHUA BROWN,** | ) |
| | ) |
| **Defendant.** | ) |

## ENTRY OF APPEARANCE

COMES NOW Defendant Joshua Brown, by and through undersigned Counsel, Attorney Timothy J. Smith, of Rudman & Smith, LLC., and enters his appearance on behalf of the Defendant in the above styled cause.

Respectfully submitted:

RUDMAN & SMITH, LLC

*/s/ Timothy J. Smith*
Timothy J. Smith, #48655(MO)
2611 South Big Bend Blvd.
St. Louis, MO 63143
T: (314) 645-7246
F: (314) 645-4156
E: tjsmith@rudmansmithlaw.com

## CERTIFICATE OF SERVICE

I hereby certify on this 13th day of July 2021, the foregoing was filed electronically with the Clerk of Court to be served by operation of the Court's electronic filing system.

*/s/ Timothy J. Smith*